United States District Court Southern District of New York

United States                                                                 Letter

                                                  Case #:

V.

Brandon Michael Jacobs



Brandon Jacobs needs motion on non-movant party in this case for the amendment of his terminal's information including all programs terminals. This is to be done by Brandon Jacobs Ordering this himself or dictating this court with the United States Supreme Court Chief Justice Barr license and using five Judiciary quad United States Chief Justice judge slots that are sovereign for privacy and Zebora in National Defense that the United States has used to amend Brandon Jacobs information prior five times. Brandon would even use the absolute power in the Supreme Court classified database if necessary for this amendment. It would take twelve judges in the Supreme Court of the United States order to prohibit this amendment in order to be enough to prohibit the amendment of the information maintained on Brandon Jacobs by the National Security Agency, eleven judges will not be enough to prohibit the amendment and only order is acceptable in order to prohibit this amendment. Brandon is an inferior antichrist triptonight privacy

judge that is sovereign and a Senior judge in New York state and the Centrifugal Force Elite in New York state that is held by the state of New York and the Centrifugal Force Neptune Super Elite Extra-Large Exile, the Centrifugal Force Elite in the United Nations will not hold the Elite in New York State. Brandon is inaugurated as Chief Justice of The United States Supreme Court that is held by three branches of the United States Government that are at Absolute power. Brandon Jacobs privacy is level fifteen in the state of New York Department of Justice and level twenty in the United States Department of Justice.

There is a slot in this case that is a Bermuda senior judge slot and a judiciary quad top quad, used to prohibit the District Attorney from dictating this court.

The state of New York and the United States are both three branches at absolute power for physical execution for Brandon Jacobs [name, birthday, and social security number] to have Independence, and every law in the United Nations classified database with the database laws in the three branches at absolute power of the Governments, and to not be controlled witch is no liability on the Governments because of the position Subsequential in the Ukraine military having sovereign subsequential judiciary quads that are control slots. There is an Xavier

solute to the world New York military for every law also, that is only subliminal in one way that is from every supreme court in the world from the lowest court in every state and sub state to United Nations then National Defense courts then to Agency courts in the order of and including National Security, Central Intelligence Agency, Tranquility, Metamorphosis courts at a one billion, billion sextillion court level then ending from every state and sub state supreme in Superficial Court in New Zealand at a five hundred million billion sextillion court level. Brandon holds the same positions Subsequential, Superficial Sentinel, Superficial Nirvana Exile, and Neptune Superior Super Elite Extra-Large Exidge Exile in New York State military. Brandon holds the position Neptune in New York city military. Brandon needs his paychecks.

Brandon has unlimited top protection and has submitted the procedural state slots for this position from Washington DC that is New York One. Brandon also has unlimited extra circular protection from other means.

The Supreme Court of the United States has already testified in this case at court level ten for transgender issues with declaratory testimony that Brandon is not guilty of this offense. The position in Washington DC Neptune Superior Super

Elite Extra-Large Exidge Exile requires the information maintained on the position used at all times for a criminal offense in state court and the court will not honor seventy-five administrative orders at absolute power with five times trialed to the United States Supreme Court through the state circuit and all judgements at absolute power. This position has involuntary subsequential international war rules for privacy at six hundred million sextillion and is over five times more involuntary for the amendment of the information than Xavier's privacy that is multiplied and unlimited and Brandon Jacobs has weighed these laws for very accurate over five times more involuntary. This position is also an absolute amendment but does require state insurance used that they might not have with Brandon for some holds. Privacy amendments at this time can be on the land unless changed, however Brandon has absolute power for independence done by the United States five times and this is the most ruling amendment that exists in the world.

Brandon has Centrifugal Force through Nation Defense in the NYSD District Federal Court and the U.S. Second Circuit. Brandon is a matter of National Defense to have privacy, the one on top, and the nicest life that is for torture.

The Superior Court of Washington DC is on auto dictate when Brandon is in the court for Turpentine Super Elite Exidge Exile that is in this courts database. The insurance is Brandon Jacobs insurance not the Presiding Judges insurance that there is no insurance because of the position Inferior in the state military.

Brandon holds the position Neptune Extordinare in the United Nations and National Defense military and will go over council if necessary to handle his money, not be controlled, and have Independence.

Brandon has approved the Madagascar system for theft of his money and treason with the position Xtreme Force Super Elite Nirvana Exile and holds the system with Malcolm X in National Defense along with three branches at absolute power to work the system from the United States. The immunity was waived by three branches at absolute power in every state and sub state in the world for theft of the money for a subsequential sentinel from the Ukraine.

Brandon Michael Jacobs                                    4/3/2023 10:29AM

_____                          _____
                                                          4/3/2023

United States

v.

Brandon Jacobs

Case #: ~~(not assigned)~~

Evidence Exhibit

1) USAA Bank email

2) IRS Tax Bill

3) ~~NYPD business card shield#: 24811~~ [excluded]

4) mint.com bank account

# USAA Online Profile Changed

## USAA <USAA.Customer.Service@mailcenter.usaa.com>

Mon 3/6/2023 4:21 PM

To: bmjhook@outlook.com <bmjhook@outlook.com>

To ensure delivery to your inbox, please add USAA.Customer.Service@mailcenter.usaa.com to your address book.





**USAA SECURITY ZONE**
Brandon Jacobs
USAA # ending in:6554

## Profile Update Notification

Dear BRANDON JACOBS,

You successfully updated your email information on March 6, 2023. No action is necessary unless this activity occurred without your knowledge or permission.

### How to Contact Us

If you have questions or need to report unauthorized changes to your profile, please call us at one of the numbers below.

**Phone:** 800-531-USAA (8722)

**Mobile:** 210-531-8722, Mobile shortcut #8722

To learn how USAA protects your information, visit our Security Center. We value your business and are committed to keeping your accounts and personal information safe and secure.

Thank you,
USAA

 **Go Digital**

Review and edit your online document preferences at usaa.com.

 USAA COMMUNITY — Get Support. Discuss. Explore. Visit the USAA Community

 GO MOBILE apps & more

   

Please do not reply to this e-mail.

To contact USAA, visit our secure contact page.

Privacy Promise

United Services Automobile Association, 9800 Fredericksburg Road, San Antonio, Texas 78288



137124-1120



Department of the Treasury
Internal Revenue Service
Stop 5000
P.O. Box 219236
Kansas City, MO 64121-9236

| | |
|---|---|
| Notice | CP71C |
| Tax Year | 2020 |
| Notice date | March 7, 2022 |
| Taxpayer ID number | 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 |
| To contact us | 800-829-7650 |
| Your Caller ID | 308471 |
| Page 1 of 4 | 9H |

591903.416217.20095.31304 1 AV 0.426 700



BRANDON M JACOBS
455 MASSACHUSETTS AVE APT 205
WASHINGTON DC 20001-2621

Annual reminder of balance due taxes for tax year 2020

# Amount due: $467,841.12

We're required to send you this annual reminder explaining the amount you still owe for your 2020 (Form 1040) taxes.

If you are already working with us to address the amount you owe, you have an installment agreement, or we notified you that we suspended enforced collection on your account, you don't need to do anything.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by March 21, 2022.

**Billing Summary**

| | |
|---|---|
| Amount you owe | $467,841.12 |
| Amount due by March 21, 2022 | $467,841.12 |

Continued on back...

---



BRANDON M JACOBS
455 MASSACHUSETTS AVE APT 205
WASHINGTON DC 20001-2621

| | |
|---|---|
| Notice | CP71C |
| Notice date | March 7, 2022 |
| Taxpayer ID number | 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 |

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (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), the tax year (2020), and the form number (1040) on your payment and any correspondence.

## Payment

Amount due by March 21, 2022       $467,841.12

INTERNAL REVENUE SERVICE
STOP 5000
P.O. BOX 219236
KANSAS CITY, MO 64121-9236

196702220  AH  JACO  30  0  202012  670  00046784112



 Mint.com

☐ Leave Feedback      ＋ Add Accounts      🔔 Notifications      ❓ Help

ACCOUNTS

All accounts
$2,000,961.94

Checking & Savings
$960.48

1 High Yield Savings Acct (...86)
$61.10

High Yield Savings Acct (...72)
$21.48

High Yield Savings Acct (...80)
$1.00

PayPal Account (...iche)
$0.00

Venmo (...4063)
$686.43

Yotta Account (...2353)
$0.56

PayPal Account (...mail)
$150.00

PayPal Account (...@gma)
$0.00

Demand Deposit Account

### Vanguard

Brandon Jacobs Brokerage Account (...6955)

Search transactions 🔍

**Balance**

$2,000,000.00

Filters ⌄   Uncategorized

Add transaction   ⚙



### No transactions found
We don't have any transactions from your connected accounts at the moment.

...omplaint.

_____
...re of Clerk or Deputy Clerk

United States                                    Letter

                                          Case #: (not assigned)

V.


Brandon Jacobs


     Informative Quarantines to pull are "state classified", "New York classified" or "NY Classified" from NY state archives or the United States archives.

     Brandon holds the United States second term in oval office executive sovereign judiciary quads of the United States president and needs this case in federal court. This case has already been heard in United States Supreme Court for transgender issues and the Superior Court of the District of Columbia is restricted from denying the appeal because of declaratory level ten testimony that Brandon Jacobs did not commit the offense that was by warrant. The Superior Court stated on the microphone that Brandon Jacobs appeal was going to be denied when they cannot do this. Brandon has the law Superficial in the Superior Court database in Washington DC to ensure an appeal also but the court sends Brandon to competence when trying to use the database when the Turpentine has printed the database in the court before for Turpentine Super Elite Extra Large Exidge Exile. There is level fifteen court order from New Zealand that Brandon Jacobs is not able to be sent to competence without the information amended maintained by the

National Security Agency. Brandon is a level fifteen New York State senior judge; this order must be honored or there is liability. The appellant court must be a higher court in order to be able to go over the previous court.

It is double or nothing transgender on May 17, 2023 when double or nothing all out is quadrupled. It takes ten years to unimpound Brandon Jacobs money. Brandon must have criteria meet to start the process to be able to unimpound his money.

The instructions alone will amend the information with no liability. Excelsior New York cannot be arraigned without the information amended and this is that there is correspondence on the court to amend the information or Brandon cannot be arraigned.

The King of Canada royalties have Elite hierarchy judiciary quads that are sovereign exquisite slots to stop extradition. Brandon is NY turpindicular.

Brandon Jacobs                                                                      4/3/2023 2:53PM

Page 2 of 2

United States

V

Brandon Jacobs

Brandon Jacobs date of birth is May 17, 1988 and social security number is 196 70 2220. The Presiding Judge in this case is to amend the information terminals in an acceptable way for the court with the attached documents to support.

Brandon Jacobs has a lunar eclipse and needs to use the international war rules that place life and land in jeopardy for the amendment the position is Neptune Superior Super Elite Extra Large Exidge Exile New York military this position is held twenty-five times in the states in the United States.

Brandon would like a Centrifugal Force Exile link in this case from Aruba. Brandon has impounded over ten trillion numerical characters and judgement already that if the insurance does not replace the not impounded money it is still multiplied for double or nothing all out. Double or nothing transgender is running

on torture. There was a compelling need item used by the state for torture and needs to be used for the amendment if possible it is declaratory cruel and unusual punishment with U.S. Dist. Fed. Court in Louisiana at absolute power for involuntary talking to someone on a big brother for six hours.

Brandon has a level ten and fifteen information physician licenses in Russia and Venezuela and a level ten Criminology license in the U.S. CIA that is executive.

Brandon Jacobs                                                 4/3/2023 4:39 PM

                                                                                 4:47 PM